AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

**FILED by** _[signature]_ **D.C.**

**SEP 1 7 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| JESSICA HARRIS, | ) | Case No.   12-14046-CR-MOORE/LYNCH |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

3 AUG '12 PM 3:25

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JESSICA HARRIS                                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Mail Fraud  18 U.S.C. 1349

and Mail Fraud  18 U.S.C. 1341

Date: _August 2, 2012_

_____
*Issuing officer's signature*

City and state:     Fort Pierce, Florida

Frank J. Lynch, Jr., United States Magistrate Judge
*Printed name and title*

---

| **Return** | | |
|---|---|---|
| This warrant was received on *(date)* **8/3/12** , and the person was arrested on *(date)* **8/27/12** at *(city and state)* **Atlanta, Georgia** . | | |

Date: **9/13/12**

_____
*Arresting officer's signature*

Scott Trey Dyson
*Printed name and title*

8957879

1204 0803 4831 -J