PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 113201

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 2:12CR14046

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Jessica Harris

Name of Sentencing Judicial Officer: The Honorable K. Michael Moore, Chief United States District Judge, Miami, Florida

Date of Original Sentence: February 25, 2013

Original Offense:   Count 1, Conspiracy to commit mail fraud, 18 U.S.C. §1349, a Class C felony, Count 33 and 37, Mail fraud, 18 U.S.C.§1341, Class C felonies.

Original Sentence:   Twenty-four (24) months custody of the United States Bureau of Prisons. Upon release from imprisonment, the defendant shall serve a term of three (3) years of supervised release. The following special conditions were imposed: the defendant shall 1) provide complete access to financial information, 2) participate in an approved inpatient/outpatient mental health treatment program, 3) the defendant shall not apply for, solicit or incur any further debt. Restitution in the amount of $47,350.00 to be paid joint and several, and a special assessment in the amount of $300.00 was also ordered.

Type of Supervision: Supervised Release    Date Supervision Commenced: May 1, 2015

### PETITIONING THE COURT

☐   To extend the term of supervision for  _____ years, for a total term of _____ years.  
☒   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $25.00 per month until such time as the court may alter that payment schedule in the interest of justice. The United States Probation Office and United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

### CAUSE

PROB 12B                                                                                        SD/FL PACTS No. 113201
(SD/FL 9/96)

The defendant was ordered to pay restitution in the amount of $47,350.00 at a rate of 10% of her monthly gross earnings. A financial investigation was not conducted as the defendant is unemployed and seeking full time employment. The defendant advised she can make a $25.00 payment towards her restitution until she obtains full time employment.

The defendant consequently voluntarily signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release, thus establishing restitution at $25.00 per month until her financial situation changes.

**RECOMMENDATION:**

It is respectfully recommended that Your Honor modify the conditions of supervised release allowing the defendant to pay restitution at the rate of $25.00 per month.

Respectfully submitted,

by: _____
    Donn M. Grice
    Dec 15 2015 3:45 PM

Donn Grice
United States Probation Officer         DFO  Daniel F. Osking
Office: (772) 467-2368                        Dec 16 2015 9:16 AM
Cellular: (305) 799-0318
Date: December 15, 2015

---

THE COURT ORDERS:

☐  No Action
☒  The Modification of Conditions as Noted Above
☐  Submit a Request for ☐ Warrant or ☐ Summons

_____  Kevin Michael Moore
                                    2015.12.17 10:22:48 -05'00'
Signature of Judicial Officer

December 17th, 2015
_____
Date